THOMAS FARO, BY NEXT FRIEND, ET AL., RESPONDENTS, v. COLLEGE TOWN BUILDING AND LOAN ASSOCIATION, APPELLANT.

Submitted May 27, 1938—Decided September 16, 1938.

For the appellant, *John C. Stockel.*

For the respondents, *Joseph J. Messina (Herman Anekstein,* of counsel).

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker, in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ. 13.

*For reversal*—None.

STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. CONTINENTAL PURCHASING COMPANY, INCORPORATED, ET AL., PLAINTIFFS IN ERROR.

Submitted May 27, 1938—Decided September 16, 1938.

For the defendant in error, *William Wachenfeld,* prosecutor of the pleas.

For the plaintiffs in error, *Kessler & Kessler.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Trenchard in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFS-KEIL, RAFFERTY, WALKER, JJ.   13.

*For reversal*—None.